Walter M. STRINE, Walter M. Strine, Jr. and William B. Strine Trading as Commonwealth Real Estate Investors D/B/A Chester Care Center, Appellants

v.

COMMONWEALTH of Pennsylvania, Medical Care Availability and Reduction of Error Fund and John H. Reed, Former Director of Medical Professional Liability Catastrophe Loss Fund, Appellees.

Supreme Court of Pennsylvania.

Aug. 16, 2004.

### ORDER

PER CURIAM.

AND NOW, this 16th day of August, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark GREEN a/k/a Mark Wallace, Petitioner.

Supreme Court of Pennsylvania.

Aug. 24, 2004.

### ORDER

PER CURIAM.

AND NOW, this 24th day of August, 2004, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is Reversed and the matter is Remanded to the Superior Court for a determination on the merits as Petitioner has sufficiently proven that the Superior Court relied on an inaccurate docket sheet in quashing his appeal as untimely.